# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**JOE LOUIS BROOKS, #83462**                                    **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 4:08-cv-145-TSL-LRA**

**MAYOR JOHN ROBERT SMITH, et al.**                    **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, _sua sponte_, for consideration of dismissal. As reflected in the opinion and order of the court issued this day, plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted. To the extent that plaintiff is seeking habeas relief his claims are dismissed without prejudice.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the   28th   day of May, 2009.

                                       /s/Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE