**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOE LOUIS BROOKS, #83462**                                                     **PLAINTIFF**

**VERSUS**                       **CIVIL ACTION NO. 4:08-cv-145-TSL-LRA**

**MAYOR JOHN ROBERT SMITH, et al.**                               **DEFENDANTS**

<u>ORDER</u>

Upon consideration of the plaintiff Joe Louis Brooks' response [19] and in accordance with the order of the United States Court of Appeals for the Fifth Circuit [17], this Court finds that the plaintiff timely deposited the notice of appeal into the institution's legal mail system. Accordingly, it is

ORDERED that the clerk prepare and send the record in the instant civil action to the United States Court of Appeals for the Fifth Circuit in accordance with the rules and procedures of that court.

THIS, the 21st day of December, 2009.

                                          <u>/s/Tom S. Lee</u>
                                          UNITED STATES DISTRICT JUDGE